962 A.2d 528

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL P. MCDANIEL, DEFENDANT–
PETITIONER.

December 15, 2008.

Denied.